UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE TAYLOR,

       Plaintiff,

Case No. 1:15-CV-104

v.

Hon. Gordon J. Quist

J. WAWRZYNIAK,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 10, 2015, Magistrate Judge Carmody issued a Report and Recommendation in which she recommended that the Court deny Plaintiff's motion for preliminary injunction. No objections have been filed pursuant to 28 U.S.C. § 636.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed November 10, 2015 (dkt. #40) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (dkt. #22) is **DENIED**.

Dated: December 3, 2015                      /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE