UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LANCE TAYLOR,

                Plaintiff,                         Case No.  1:15-CV-104

v.                                       HON. GORDON J. QUIST

J. WAWRZYNIAK, et al.,

                Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

      The Court has reviewed Magistrate Judge Ellen Carmody's December 13, 2016, Report and Recommendation recommending that the Court deny both Defendants' motion for summary judgment and Plaintiff's motion for summary judgment.  The Report and Recommendation was duly served on Defendants and Plaintiff on December 13, 2016 and December 14, 2016, respectively. No objections have been filed pursuant to 28 U.S.C. § 636(b).

      **THEREFORE, IT IS ORDERED** that the December 13, 2016, Report and Recommendation (ECF No. 111) is approved and adopted as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 85) and Plaintiff's Cross-Motion for Summary Judgment (ECF No. 90) are **DENIED**.

Dated:  January 6, 2017                          _____/s/ Gordon J. Quist_____
                                           GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE